UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEWAN A. BROWN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:05-cv-656-SEB-VSS |
| | ) |
| ED BUSS, Superintendent, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 05/25/2006

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jewan A. Brown, DOC # 985021, Indiana State Prison, P.O. Box 41, Michigan City, IN 46360

Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770